UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 18-18391-AMC-13

GARY G. STATEN                                                                      Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-18391-AMC-13

GARY G. STATEN  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on January 9, 2019 :

| | |
|---|---|
| MICHAEL D SAYLES<br>427 W CHELTENHAM AVE<br>ELKINS PARK, PA  19027 | U.S. Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx34044 / 977374