# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 18-18391-AMC

GARY G STATEN, SR.

32 W. DURHAM STREET

PHILADELPHIA, PA 19119

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GARY G STATEN, SR.

    32 W. DURHAM STREET

    PHILADELPHIA, PA 19119

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL SAYLES, ESQUIRE
    427 W CHELTENHAM AV
    SUITE #2
    ELKINS PARK, PA 19027-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                  /s/ William C. Miller

Date: 4/10/2019

                                                  _____
                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee