United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-18391-amc
Gary G. Staten, Sr.                                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2               Date Rcvd: Aug 27, 2019
                              Form ID: 152            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.
```
db            +Gary G. Staten, Sr.,    32 W. Durham Street,    Philadelphia, PA 19119-2407
14255969      +Carrington Mortgage Services LLC,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
14279603      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14249760      +Deutsche Bank National Trust Company,    1610 Saint Andrews Place, Suite B150,
                Santa Ana, CA 92705-4941
14249761      +Herbert M. Schiller, MD,    311 Haws Lane,    Flourtown, PA 19031-2139
14249763       OSI Collection Services,    PO Box 983,    Brookfield, WI 53008-0983
14249764       PECO-Payment Processing,    PO Box 37629,    Philadelphia, PA 19101-0629
14249765      +PGW,   800 West Montgomery Drive, 3F,    attn: Bankruptcy Department,
                Philadelphia, PA 19122-2806
14249767       Philadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:18     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 28 2019 02:46:03
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 28 2019 02:46:12     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14249754      +E-mail/Text: EBNProcessing@afni.com Aug 28 2019 02:46:09     AFNI, inc.,    PO Box 3667,
                Bloomington, IL 61702-3667
14261565       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 28 2019 02:45:53
                AmeriCredit Financial Services, Inc.,    dba GM Financial,    P O Box 183853,
                Arlington, TX 76096
14249757       E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:17     City of Philadelphia,
                Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
                Philadelphia, PA 19102-1595
14249758       E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:18     City of Philadelphia,
                Law Department-Bankruptcy Unit,    One Parkway Building,    1515 Arch Street, 15th Floor,
                Philadelphia, PA 19102-1595
14249759       E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:18
                City of Philadelphia - Law Department,    1515 Arch Street, One Parkway,
                Philadelphia, PA 19102-1595
14334255      +E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:18
                City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
14249762       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2019 02:50:10     LVNV Funding,
                PO Box 10587,    Greenville, SC 29603-0587
14249766       E-mail/Text: blegal@phfa.org Aug 28 2019 02:46:07     PHFA,    PO Box 8029,
                Harrisburg, PA 17105
14343509       E-mail/Text: blegal@phfa.org Aug 28 2019 02:46:08     PHFA/HEMAP,    211 NORTH FRONT ST,
                PO BOX 8029,    HARRISBURG, PA 17105
14249768       E-mail/Text: bnc-quantum@quantum3group.com Aug 28 2019 02:45:54     Quantum3 Group LLC,
                PO Box 788,    Kirkland, WA 98083-0788
14249769      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2019 02:50:09
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14249770      +E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:18     Water Revenu Bureau,
                Muncipal Services Building,    1401 JFK Blvd,    Philadelphia, PA 19102-1617
14335013      +E-mail/Text: megan.harper@phila.gov Aug 28 2019 02:46:18     Water Revenue Bureau,
                c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                               TOTAL: 16
```

          ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
14261988*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:  AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
14262651*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:  Americredit Financial Services,Inc.,    dba GM Financial,
                 PO Box  183853,    Arlington, TX 76096)
14249755      ##+Carrington Mortgage Services,    1610 E. St. Andrew Place,    Santa Ana, CA 92705-4941
14249756      ##+Carrington Mortgage Services,    1610 East Staint Andrews Place,    Santa Ana, CA 92705-4941
                                                                                               TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2              Date Rcvd: Aug 27, 2019
                              Form ID: 152                Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              MICHAEL D. SAYLES    on behalf of Debtor Gary G. Staten, Sr. midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee, for New Century Home Equity Loan Trust 2006-2 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Gary G. Staten, Sr.
    Debtor(s)

Case No: 18−18391−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/29/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

33
Form 152