**GM FINANCIAL**

PO BOX 1510
Cockeysville, MD 21030

February 01, 2019

Gary Staten
32 W Durham St
Philadelphia, PA  19119

Account: 000446934044
Payoff Date: 01/22/2019
Contract Date: 10/19/2011
Vehicle: 2010 CHEVRO IMPALA
VIN: 2G1WB5EN3A1200018

Dear Customer,

Congratulations! As of 01/22/2019, your GM Financial* account has been paid in full**. Please accept this letter as notice that your contract is paid. GM Financial has released its security interest in the vehicle listed above. However, if the lien documentation is not included, you have transferred ownership to another party, or there was a second lienholder disclosed on the title.

It is important that you contact your insurance provider to have GM Financial's name removed as the loss payee on your policy. Your state offers an electronic lien and titling system. If your title is not enclosed, we have released GM Financial's security interest electronically through the state's system. Please contact your local vehicle titling agency if you have any questions regarding the status of the electronic certificate of title for this vehicle. In doing so, you will avoid future problems upon resale of the vehicle or misplacement of your title.

If you paid us more than the payoff balance owed on your account, you may be entitled to a refund of the overpayment. Refund checks are mailed approximately 30 calendar days from the date your account was paid in full*. You are responsible for any payment reversals or returned funds processed after your account was paid in full that result in a balance being owed.

When you are ready to purchase your next car, we hope you will ask your automobile dealer about financing with GM Financial. To learn more about us or to locate a participating dealership in your area, please visit our website at www.gmfinancial.com.

Thank you for allowing us to service your automotive account. We appreciate your business.

If you have any questions, please do not hesitate to contact our Customer Service Center at 1-800-284-2271.

Sincerely,

GM Financial

Enclosures

*GM Financial is a d/b/a of AmeriCredit Financial Services, Inc.
**Paid in full status is dependent on clearance of all non-certified funds.

GFOCC001 PAYFFC 000446934044 ELT
MAIL

003.000822404

**RETAIL INSTALLMENT SALE CONTRACT — SINGLE FINANCE CHARGE**

1 of 2

Dealer Number _____    Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Creditor-Seller (Name and Address) |
|---|---|---|
| GARY G STATEN<br>32 W DURHAM ST<br>PHILADELPHIA PA 19119 | **PAID** | CP SPRINGFIELD, LLC<br>860 BALTIMORE PIKE<br>SPRINGFIELD PA 19064 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| U | 2010 | CHEVROLET IMPALA | 14630 | 2G1WB5EN3A1200018 | ☒ personal, family or household<br>☐ business<br>☐ agricultural ☐ _____ |

**FEDERAL TRUTH-IN-LENDING DISCLOSURES**

003.AAA460316

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $1000.00 |
|---|---|---|---|---|
| 18.00 % | $ 11057.66 | $ 16895.62 | $ 27953.28 | $ 28953.28 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 388.24 | Monthly beginning 12/03/2011 |

Or As Follows: _____

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% per month of the part of the payment that is late, figured based on a full calendar month for any part of a month that is more than 10 days.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**
☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability (Buyer Only)
Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name
N/A
Home Office Address _____ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including $ 1237.12 sales tax) ............... $ 17236.12
2 Total Downpayment =
   Trade-In __2001__ __PONTIAC__ __GRAND PRIX__
           (Year)   (Make)   (Model)
   Trade-In __1G2WP52KX1F177093__
           (VIN)
   Gross Trade-In Allowance ............................................ $ 1000.00
   Less Pay Off Made By Seller ....................................... $ N/A
   Equals Net Trade In ..................................................... $ 1000.00
   + Cash .......................................................................... $ N/A
   + Other __N/A__ ........................................................... $ N/A
   (If total downpayment is negative, enter "0" and see 4H below) $ 1000.00
3 Unpaid Balance of Cash Price (1 minus 2) .................. $ 16236.12
4 Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
 A Cost of Optional Credit Insurance Paid to Insurance
   Company or Companies
   Life             Term __N/A__ $ __N/A__
   Disability      Term __N/A__ $ __N/A__ $ N/A
 B Other Optional Insurance Paid to Insurance Company or Companies
   (Describe) __N/A__
                    Term __N/A__ $ __N/A__
   (Describe) __N/A__
                    Term __N/A__ $ __N/A__
 C Official Fees Paid to Government Agencies
   to __N/A__   for __N/A__              $ N/A
   to __N/A__   for __N/A__              $ N/A
   to STATE OF PA   for TEMP TAG     $ 10.00
 D Optional Gap Contract ................................................. $ 465.00

**Other Optional Insurance**
☐ _____ N/A _____ N/A
   Type of Insurance       Term
Premium $ _____ N/A
Description of Coverage
_____ N/A _____
Insurance Company Name
_____ N/A _____
Home Office Address
☐ _____ N/A _____ N/A
   Type of Insurance       Term
Premium $ _____ N/A
Description of Coverage

| | | | |
|---|---|---|---|
| F | Government License and Registration Fees REG =$ 52.00 | $ 52.00 | |
| G | Government Certificate of Title Fees /ENCUMB FEE (includes $ 5.00 security interest recording fee) | $ 27.50 | |
| H | Other Charges (Seller must identify who is paid and describe purpose) | | |
| | to N/A for Prior Credit or Lease Balance | $ N/A | |
| | to N/A for N/A | $ N/A | |
| | to CP SPRINGFIELD for DOC FEE | $ 105.00 | |
| | to N/A for N/A | $ N/A | |
| | to N/A for N/A | $ N/A | |
| | to N/A for N/A | $ N/A | |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | $ 659.50 | (4) |
| 5 | Amount Financed (3 + 4) | $ 16895.66 | (5) |
| 6 | Finance Charge | $ 11057.66 | (6) |
| 7 | Total of Payments-Time Balance (5 + 6) | $ 27953.28 | (7) |

Insurance Company Name __N/A__
Home Office Address __N/A__
__N/A__

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X _____
Buyer Signature                        Date

X _____
Co-Buyer Signature                   Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**If you do not meet your contract obligations, you may lose the vehicle.**

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ____N/A____, Year ____. SELLER'S INITIALS ____

Returned Check Charge: You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __72__ Mos.   CP SPRINGFIELD, LLC
                   Name of Gap Contract

I want to buy a gap contract.
Buyer Signs X _____

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X _____   Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
**See back for other important agreements.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO BUYER.
DO NOT SIGN THIS CONTRACT IN BLANK.
YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN.
KEEP IT TO PROTECT YOUR LEGAL RIGHTS.**

Buyer Signs X _____ Date 10/19/11    Co-Buyer Signs X _____ Date ____

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 10/19/11    Co-Buyer Signs X _____ Date ____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____   Address _____
Seller Signs CP SPRINGFIELD, LLC    Date 10/19/11   By X _____   Title OFF MGR

Seller assigns its interest in this contract to AMERICREDIT FINANCIAL SERVICES (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse
Seller CP SPRINGFIELD, LLC    By _____   Title OFF MGR

FORM NO. 553-PA (REV. 1/08) U.S. PATENT NO. D460,782
©2008 The Reynolds and Reynolds Company. TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ORIGINAL LIENHOLDER