UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Gary Staten**         :     Chapter 13
                               :
                               :
Debtor                         :     Bankruptcy No.: **18-18391-amc**

## ORDER OF COURT

**AND NOW,** this __10th__ day of __December__, 2019, after **notice and hearing**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Debtor's Objection to Proof of Claim is hereby granted and **Americredit Financial Services, LLC** Proof of Claim #: 1 in the amount of **$1,111.04** is disallowed and stricken.

BY THE COURT:

_____

Copy to:

Michael D. Sayles
427 W. Cheltenham Avenue #2
Elkins Park, PA  19027

ATTN: Mandy Youngblood
Americredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

Dan Berce
President & CEO
General Motors Financial Co.
801 Cherry Street, Suite 3500
Fort Worth, TX 76102