United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary G. Staten, Sr.  
      Debtor

Case No. 18-18391-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD      Page 1 of 1      Date Rcvd: Dec 10, 2019  
                           Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.  
db          +Gary G. Staten, Sr.,   32 W. Durham Street,   Philadelphia, PA 19119-2407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:  
        JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com  
        MICHAEL D. SAYLES   on behalf of Debtor Gary G. Staten, Sr. midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 bkgroup@kmllawgroup.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                         TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Gary Staten**         :     Chapter 13
                               :
                               :
Debtor                         :     Bankruptcy No.: **18-18391-amc**

## ORDER OF COURT

**AND NOW,** this __10th__ day of __December__, 2019, after **notice and hearing**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Debtor's Objection to Proof of Claim is hereby granted and **Americredit Financial Services, LLC** Proof of Claim #: 1 in the amount of **$1,111.04** is disallowed and stricken.

BY THE COURT:

_____

Copy to:

Michael D. Sayles
427 W. Cheltenham Avenue #2
Elkins Park, PA  19027

ATTN: Mandy Youngblood
Americredit Financial Services, Inc.
PO Box 183853
Arlington, TX 76096

Dan Berce
President & CEO
General Motors Financial Co.
801 Cherry Street, Suite 3500
Fort Worth, TX 76102