IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **Gary Staten** | : | CHAPTER  13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No:  **18-18391\amc** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation.

Dated: **March 13, 2020**                             Respectfully Submitted,

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA  19027
215-635-2270 (phone)
215-424-1263 (fax)
Midusa1@comcast.net (e-mail)