# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-18391-AMC

GARY G STATEN, SR.

32 W. DURHAM STREET

PHILADELPHIA, PA 19119

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GARY G STATEN, SR.

32 W. DURHAM STREET

PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

MICHAEL SAYLES, ESQUIRE
427 W CHELTENHAM AV
SUITE #2
ELKINS PARK, PA 19027-

Date: 6/23/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee