# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-18391-ELF

GARY G STATEN, SR.

32 W. DURHAM STREET

PHILADELPHIA, PA 19119

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  GARY G STATEN, SR.

  32 W. DURHAM STREET

  PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

  MICHAEL SAYLES, ESQUIRE
  427 W CHELTENHAM AV
  SUITE #2
  ELKINS PARK, PA 19027-

Date: 2/1/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee