IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Gary Staten** | : | CHAPTER: 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.: **18-18391** |

## CERTIFICATE OF NO OPPOSITION

I, Michael D. Sayles, hereby certifies that neither Trustee nor any party of interest has filed a responsive pleading to **Debtor's Motion to Modify Plan after Confirmation.**

Respectfully Submitted,

Date: **January 3, 2023**

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA  19027
215.635.2270
midusa1@comcast.net