*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Gary G. Staten, Sr.
    Debtor(s)

Case No: 18−18391−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

\*\*RESCHEDULED TIME ONLY\*
Motion for Relief from Stay re: 32 West Durham Street, Philadelphia, PA 19119, Filed by Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2006−2 Represented by DENISE ELIZABETH CARLON

on: 3/21/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/3/23

Timothy B. McGrath
Clerk of Court

90 − 88
Form 167