Certificate Number: 15111-PAE-DE-038219985

Bankruptcy Case Number: 18-18391



15111-PAE-DE-038219985

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2024, at 1:34 o'clock PM EST, Gary G. Staten Sr. completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 26, 2024          By:  /s/Hasan Bilal for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education