IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Gary Staten**           :     CHAPTER 13
                                 :
                                 :
DEBTOR                :BANKRUPTCY NO.: **18-18391**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Supplemental Application for Compensation.

Date: **June 3, 2024**                    Respectfully Submitted,

                                    **\s\ Michael D. Sayles**
                                    Michael D. Sayles
                                    Attorney for Debtor
                                    427 W. Cheltenham Avenue, Suite #2
                                    Elkins Park, PA  19027
                                    215.635.2270
                                    midusa1@comcast.net