United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gary G. Staten, Sr.  
    Debtor

Case No. 18-18391-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary G. Staten, Sr., 32 W. Durham Street, Philadelphia, PA 19119-2407 |
| 14249763 | | OSI Collection Services, PO Box 983, Brookfield, WI 53008-0983 |
| 14249764 | | PECO-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14249767 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2024 00:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14249754 | + | Email/Text: EBNProcessing@afni.com | Jun 12 2024 00:34:00 | AFNI, inc., PO Box 3667, Bloomington, IL 61702-3667 |
| 14261565 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 12 2024 00:34:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14279603 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 12 2024 00:33:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14249760 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 12 2024 00:33:00 | Deutsche Bank National Trust Company, 1610 Saint Andrews Place, Suite B150, Santa Ana, CA 92705 |
| 14249755 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 12 2024 00:33:00 | Carrington Mortgage Services, 1610 E. St. Andrew Place, Santa Ana, CA 92705 |
| 14249756 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 12 2024 00:33:00 | Carrington Mortgage Services, 1610 East Staint Andrews Place, Santa Ana, CA 92705 |
| 14249757 | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14249758 | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14334255 | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14335013 | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14255969 | ^ | MEBN | Jun 12 2024 00:23:27 | Carrington Mortgage Services LLC, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14249759 | | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | City of Philadelphia - Law Department, 1515 Arch Street, One Parkway, Philadelphia, PA 19102-1595 |
| 14249762 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2024 00:36:38 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 14249766 | | Email/Text: blegal@phfa.org | Jun 12 2024 00:34:00 | PHFA, PO Box 8029, Harrisburg, PA 17105 |
| 14343509 | | Email/Text: blegal@phfa.org | Jun 12 2024 00:34:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 14249765 | ^ | MEBN | Jun 12 2024 00:23:15 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14249768 | | Email/Text: bnc-quantum@quantum3group.com | Jun 12 2024 00:34:00 | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14249769 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 12 2024 00:36:06 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14249770 | + | Email/Text: megan.harper@phila.gov | Jun 12 2024 00:34:00 | Water Revenu Bureau, Muncipal Services Building, 1401 JFK Blvd, Philadelphia, PA 19102-1617 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14261988 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14262651 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services,Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14249761 | ##+ | Herbert M. Schiller, MD, 311 Haws Lane, Flourtown, PA 19031-2139 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 13, 2024    Signature:    /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 11, 2024 | Form ID: 138OBJ | Total Noticed: 25 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, for New Century Home Equity Loan Trust 2006-2 bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor Gary G. Staten  Sr. midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Gary G. Staten, Sr.
      Debtor(s)

Case No: 18−18391−pmm
Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/11/24

113 − 110
Form 138OBJ